```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHARIF KING,

                        Plaintiff,                 20-CV-4527 (AJN)(SN)

        -against-                                  TELEPHONE CONFERENCE
                                                          ORDER
CORRECTION OFFICER WHITE, et al.,

                        Defendants.

-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/202

**SARAH NETBURN, United States Magistrate Judge:**

A telephone conference is scheduled for Tuesday, October 6, 2020, at 12:00 p.m., to discuss the status of this litigation. At that time, each party shall call (877) 402-9757 and enter access code 7938632 #.

IT IS HEREBY ORDERED that the Warden or other official in charge of the Great Meadow Correctional Facility produce Sharif King, DIN No. 18-A-4833, on Tuesday, October 6, 2020, no later than 11:55 a.m., to a suitable location within the Great Meadow Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov.

2

Defense counsel is directed to send this Order to the Warden immediately and the Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 18, 2020
         New York, New York

2