

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020
```

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

ANDREW B. SPEARS
*Assistant Corporation Counsel*
Phone: (212) 356-3159
Fax: (212) 356-1148
aspears@law.nyc.gov

September 29, 2020

**VIA ECF**
Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sharif King v. White, et al.,
20 Civ. 4527 (AJN) (SN)

Your Honor:

I am the attorney assigned to represent defendant the City of New York in the above-referenced matter. The City writes in response to the Court's Order for Conference, dated September 18, 2020 (ECF No. 20), to respectfully request that the Court adjourn the conference scheduled for October 6, 2020 at 12:00 p.m. This is the City's first request to adjourn this conference. The undersigned was unable to make arrangements to contact plaintiff to obtain his consent prior to filing due to schedule constraints.[1]

This adjournment is requested because the attorney assigned to supervise this matter is unavailable to attend the conference scheduled for October 6, 2020, due to a previously arranged deposition in another matter. Accordingly, the City writes to respectfully request that the Court adjourn the October 6, 2020 telephone conference. For the Court's convenience, counsel for the City is available October 23, 2020 and October 26, 2020.

The City of New York thanks the Court for its time and attention to this matter.

Respectfully submitted,

*Andrew B. Spears* /s

Andrew B. Spears
*Assistant Corporation Counsel*
Special Federal Litigation Division

---

[1] The undersigned will be on leave Sept. 30 through Oct. 2, 2020.

**CC:**   **BY U.S. MAIL**
Sharif King
Plaintiff *pro se*
18-A-4833
Great Meadow Correctional Facility
P.O. Box 50
Comstock, NY 12825

---

The conference scheduled for October 6, 2020, is RESCHEDULED to October 23, 2020, at 2:00 p.m. The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff. By separate order, the Court will re-issue directions to ensure plaintiff's participation in the rescheduled telephone conference.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   September 29, 2020
         New York, New York