UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHARIF KING,

                              Plaintiff,                           20-CV-4527 (AJN)(SN)

       -against-                                             **ORDER**

CORRECTION OFFICER WHITE, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties appeared before me for a telephonic status conference on Friday, December 18, 2020. As discussed at the conference, the parties are ORDERED to file a joint status letter by February 16, 2021.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                                       _____
                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:      December 18, 2020
                New York, New York