```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHARIF KING,

                              Plaintiff,

        -against-

CORRECTION OFFICER WHITE, et al.,

                             Defendants.

------------------------------------------------------------X

20-CV-04527 (AJN)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are ORDERED to file a joint status letter by April 1, 2021, on the status of discovery and whether Plaintiff's deposition has proceeded. The parties are further ORDERED to discuss settlement and to report on those negotiations in the April 1 letter. If the parties wish to schedule a telephone settlement conference, they should contact Courtroom Deputy Rachel Slusher via email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:      February 18, 2021
                New York, New York