UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHARIF KING,

                        Plaintiff,                       20-CV-04527 (AJN)(SN)

     -against-

                                                                              ORDER

CORRECTION OFFICER WHITE, et al.,

                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has received Plaintiff's letter, dated February 17, 2021, requesting an update on the status of the appointment of *pro bono* counsel. See ECF No. 48. As the Court noted in its December 21, 2020 Order, the Court cannot guarantee the appointment of *pro bono* counsel as it relies on the volunteer service of local attorneys. Until such a time that *pro bono* counsel may be appointed, Plaintiff should continue to litigate the case on his own behalf.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:       February 26, 2021
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021