UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHARIF KING,

                                  Plaintiff,                      20-CV-4527 (AJN)(SN)

    -against-

                                                                      **ORDER**

CORRECTION OFFICER WHITE, et al.,

                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A status conference in this matter is scheduled for April 23, 2021, at 2:00 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

       IT IS HEREBY ORDERED that the Warden or other official in charge of the Great Meadow Correctional Facility produce Sharif King, DIN No. 18-A-4833, on Friday, April 23, 2021, no later than 1:55 p.m., to a suitable location within the Great Meadow Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov.

       Defense counsel is directed to send this Order to the Warden immediately and to ensure by phone or email that the Warden has notice of the scheduling of this conference. The Clerk of

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 15, 2021
           New York, New York