UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHARIF KING,

                              Plaintiff,                        20-CV-04527 (AJN)(SN)

    -against-

                                                        **ORDER**

CORRECTION OFFICER WHITE, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      **WHEREFORE** the parties to this litigation convened on March 15, 2021, for a telephone conference concerning the status of discovery in this matter;

      **WHEREFORE** at the March 15, 2021 status conference, the parties discussed Plaintiff Sharif King's requests for subpoenas regarding certain documents in this matter;

      **IT IS HEREBY ORDERED** that the Court Clerk or other official in charge of court records at the New York County Supreme Court, Criminal Term, located at 111 Centre Street, New York, New York, produce to Plaintiff Sharif King (DIN #18-A-4833, Great Meadow Correctional Facility, P.O. Box 50, Comstock, NY 12825) and Defendants (c/o Andrew B. Spears, 100 Church Street, New York, NY 10007) any and all transcripts of court proceedings held before the Honorable Mark Dwyer in the matter of <u>People v. Sharif King</u>, 02902-2018, on November 12, 2019, as well as any case files associated with that matter;

      **IT IS FURTHER ORDERED** that the New York State Office of Court Administration, located at 25 Beaver Street, New York, New York, undertake to identify the names and shield numbers of any New York State Court Special Response Team officers assigned to Part 41 that

handled the escort of Plaintiff Sharif King from the Manhattan Detention Complex to the New York County Supreme Court, Criminal Term, for proceedings held before the Honorable Mark Dwyer in the matter of People v. Sharif King, 02902-2018, on November 12, 2019, and produce them to Plaintiff Sharif King (DIN #18-A-4833, Great Meadow Correctional Facility, P.O. Box 50, Comstock, NY 12825) and Defendants (c/o Andrew B. Spears, 100 Church Street, New York, NY 10007);

**IT IS FURTHER ORDERED** that the FOIL Officer or other official in charge of inmate records at New York State Department of Corrections and Community Supervision Downstate Facility, located at 121 Red Schoolhouse Road, P.O. Box 445, Fishkill, New York, produce to Plaintiff Sharif King (DIN #18-A-4833, Great Meadow Correctional Facility, P.O. Box 50, Comstock, NY 12825) and Defendants (c/o Andrew B. Spears, 100 Church Street, New York, NY 10007) a **certified copy** of the complete inmate file, including, but not limited to, grievance records, guidance records, legal records, inmate disciplinary records, and all documents pertaining to inmate court transfers of inmate Sharif King (DIN # 18-A-4833), such as medical transfer summaries;

**IT IS FURTHER ORDERED** that the FOIL Officer or other official in charge of inmate records at New York State Department of Corrections and Community Supervision Great Meadow Facility, located at 11739 State Route 22, P.O. Box 50, Comstock, New York, produce to Plaintiff Sharif King (DIN #18-A-4833, Great Meadow Correctional Facility, P.O. Box 50, Comstock, NY 12825) and Defendants (c/o Andrew B. Spears, 100 Church Street, New York, NY 10007) a **certified copy** of the complete inmate file, including, but not limited to, grievance records, guidance records, legal records, inmate disciplinary records, and all documents pertaining to inmate court transfers of inmate Sharif King (DIN #18-A-4833);

**IT IS FURTHER ORDERED** that the FOIL Officer or other official in charge of records at New York State Department of Corrections and Community Supervision Downstate Facility, located at 121 Red Schoolhouse Road, P.O. Box 445, Fishkill, New York, produce to Plaintiff Sharif King (DIN #18-A-4833, Great Meadow Correctional Facility, P.O. Box 50, Comstock, NY 12825) and Defendants (c/o Andrew B. Spears, 100 Church Street, New York, NY 10007) a **certified copy** of the log books and duty rosters for November 12, 2019; and

**IT IS FURTHER ORDERED** that the official in charge of inmate medical records at New York State Department of Corrections and Community Supervision Great Meadow Facility, located at 11739 State Route 22, P.O. Box 50, Comstock, New York, produce to Plaintiff Sharif King (DIN #18-A-4833, Great Meadow Correctional Facility, P.O. Box 50, Comstock, NY 12825) and Defendants (c/o Andrew B. Spears, 100 Church Street, New York, NY 10007), upon receipt of a signed, HIPAA-compliant release form, a **certified copy** of the complete medical file, including, but not limited to, all medical records, x-rays, diagnostic tests, studies, or reports of such examinations, as well as all medical summaries generated in advance of inmate court transfers, of inmate Sharif King (DIN # 18-A-4833).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 29, 2021
         New York, New York