UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHARIF KING,

                              Plaintiff,

        -against-

CORRECTION OFFICER WHITE, et al.,

                            Defendants.

------------------------------------------------------------------X

20-CV-04527 (AJN)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2021

**SARAH NETBURN, United States Magistrate Judge:**

      The status conference in this matter currently scheduled for April 23, 2021, at 2:00 p.m. is RESCHEDULED for 10:00 a.m. that same day. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

      The Court notes that *pro bono* counsel for Mr. King have entered a limited appearance. Now that Plaintiff has limited appearance counsel, he is no longer required to appear at next week's conference. However, because limited appearance counsel has just recently filed their appearance, if counsel wishes to adjourn the April 23, 2021 conference or have Plaintiff appear at the conference, they should file a letter request with the Court.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      April 15, 2021
                 New York, New York