Case 1:20-cv-04527-AJN-SN   Document 92   Filed 12/07/21   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHARIF KING,

                              Plaintiff,

          -against-

CORRECTION OFFICER WHITE, et al.,

                            Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2021

20-CV-04527 (AJN)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants are directed to file a letter on the status of the settlement payment by December 15, 2021. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              December 7, 2021